## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEJANDRO ANTONIO RODRIGUEZ HERNANDEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-25-1525-SLP |
| SCARLET GRANT, Warden of Cimarron Correctional Center, in her Official capacity, et al., | ) ) ) ) ) ) | |
| Respondents. | ) | |

## <u>JUDGMENT</u>

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART. In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 23rd day of January, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE