**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date:  April 24, 2026


ALEJANDRO ANTONIO RODRIGUEZ )
HERNANDEZ,                                        )
                                                            )
               Petitioner,                          )
v.                                                          )          Case No. CIV-25-1525-SLP
                                                            )
SCARLET GRANT, et al.,                   )
                                                            )
               Respondents.                     )


Enter Order:

In accordance with 28 U.S.C. § 636, Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act [Doc. No. 16] is hereby referred to Magistrate Judge Chris M. Stephens for the preparation and submission to Chief Judge Scott L. Palk of Findings and Recommendations as referenced in 28 U.S.C. §§ 636(b)(3).

By direction of Chief Judge Scott L. Palk, we have entered the above enter order.


JOAN KANE, CLERK OF COURT


By: s/ Lori Gray
      Deputy Court Clerk