## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEJANDRO ANTONIO RODRIGUEZ HERNANDEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-25-1525-SLP |
| SCARLET GRANT, Warden of Cimarron Correctional Center, in her Official capacity, et al., | ) ) ) ) ) | |
| Respondents. | ) ) | |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 20] (R&R) of United States Magistrate Judge Chris M. Stephens. The Magistrate Judge recommends denying Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act [Doc. No. 16]. The Magistrate Judge advised Petitioner of his right to file an objection to the R&R on or before July 1, 2026, and that failure to timely object would waive the right to appellate review of the factual and legal questions contained therein. *Id.* at 5. To date, no objection has been filed, nor has an extension of time in which to object been sought. Upon review, the Court concurs with the R&R in full and finds that Petitioner's Motion should be denied.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 20] is ADOPTED. Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act [Doc. No. 16] is DENIED.

IT IS SO ORDERED this 7th day of July, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**